D. John Ashby, ISB No. 7228
Taylor Barton, ISB No. 11259
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com
       tbarton@hawleytroxell.com

Attorneys for Defendant Stinker Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANDRA BOLINSKE,<br><br>    Plaintiff,<br><br>vs.<br><br>STINKER STORES, INC., an Idaho corporation,<br><br>    Defendant. | Case No. _____<br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that Defendant Stinker Stores, Inc. ("Stinker"), by and through its attorneys of record, Hawley Troxell Ennis & Hawley LLP, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action, which was filed on January 24, 2022 as Case No. CV01-22-01144 on the docket of the Fourth Judicial District Court of the State of Idaho, for the County of Ada, to the United States District Court, District of Idaho. As more fully set forth below, this case is properly removable to this Court pursuant to 28 U.S.C. § 1441 because

NOTICE OF REMOVAL - 1

41691.0107.14512094.1

Stinker has satisfied the procedural requirements for removal under 28 U.S.C. § 1446 and this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## I. PROCEDURAL BACKGROUND

On February 3, 2022, Stinker accepted service of Plaintiff Sandra Bolinske's ("Plaintiff") Complaint and Demand for Jury Trial ("Complaint"), which Complaint was filed with the Fourth Judicial District of the State of Idaho in and for Ada County on January 24, 2022. As required by 28 U.S.C. § 1446 and Local District Rule 81.1, a copy of the entire state court record and the Register of Actions, which includes the Complaint and Summons, is attached hereto as **Exhibit A**.

In her Complaint, Plaintiff asserts five counts arising from the termination of her employment by Stinker. *See* Compl. ¶¶ 30-64. These claims include: disability discrimination under the Americans with Disabilities Act ("ADA") and Idaho Human Rights Act ("IHRA"), violation of the Family and Medical Leave Act ("FMLA), violation of the Idaho Wage Claim Act, wrongful termination/retaliation in violation of public policy, and breach of contract.

## II. FEDERAL QUESTION JURISDICTION

This action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because it is an action over which the District Courts of the United States have original jurisdiction under 28 U.S.C. §§ 1331 inasmuch as certain claims presented by Plaintiff arise under laws of the United States. Specifically, Plaintiff brings claims under the Americans with Disabilities Act ("ADA") and the Family and Medical Leave Act ("FMLA"). *See* Compl. ¶¶ 30-46. Furthermore, since this Court has jurisdiction over federal claims related to this case or controversy, it also has supplemental jurisdiction over the state law claims which form part of the

NOTICE OF REMOVAL - 2

41691.0107.14512094.1

same case or controversy under 28 U.S.C. § 1367(a). To the extent the Court does not have original jurisdiction over any of Plaintiff's other purported causes of action, this Court may exercise supplemental jurisdiction over those claims.

### III. PROCEDURAL REQUIREMENTS

1. **Pleadings.** A copy of "all process, pleadings, and orders served upon" Stinker, *see* 28 U.S.C. § 1446(a), are attached hereto as **Exhibit A.**

2. **Timeliness.** Because Stinker received a copy of the Complaint and Summons on February 3, 2022, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), having been filed within 30 days from that date. Further, this Notice of Removal has been filed less than one year after the commencement of the action. *See* 28 U.S.C. § 1446(c)(1).

3. **Consent.** Stinker is the only defendant in this action. Thus, as the only defendant, Stinker is the only party required to provide consent to removal as required under 28 U.S.C. § 1446(b)(2) ("[A]ll defendants who have been properly joined and served must join or consent to the removal of the action.").

4. **Notice.** Consistent with the requirements of 28 U.S.C. § 1446(d), Stinker will file a Notice of Notice of Removal with the Idaho state court and serve this Notice as well as the Notice of Notice of Removal upon Plaintiff. A true and correct copy of the Notice of Notice of Removal to be filed with the Idaho state court is attached (excluding its Exhibits) as **Exhibit B.**

5. **Forum.** Ada County, Idaho is within the district of the United States District Court for the District of Idaho. Therefore, this "district and division embrac[es] the place where [the Complaint] is pending," and therefore this is the appropriate court for removal. 28 U.S.C. § 1441(a).

6. Pursuant to Local District Rule of Procedure 81.1, a Civil Cover Sheet has been filed concurrently herewith.

WHEREFORE Defendant requests that Case No. CV01-22-01144 on the docket of the Fourth Judicial District Court of the State of Idaho, for the County of Ada, be removed to the United States District Court, District of Idaho.

Dated: February 24th, 2022    HAWLEY TROXELL ENNIS & HAWLEY LLP

By /s/ D. John Ashby
D. John Ashby, ISB No. 7228
Taylor J Barton, ISB No. 11259
Attorneys for Defendant Stinker Stores, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of February, 2022, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Pamela S. Howland | phowland@idemploymentlawyers.com |
| Benjamin T. Cramer | bcramer@idemploymentlawyers.com |
| Savannah G. Ward | sward@idemploymentlawyers.com |
| IDAHO EMPLOYMENT LAWYERS, PLLC | |

DATED this 24th day of February, 2022.

                                              */s/ D. John Ashby*
                                              D. John Ashby