D. John Ashby, ISB No. 7228
Taylor Barton, ISB No. 11259
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com
       tbarton@hawleytroxell.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANDRA BOLINSKE,<br><br>    Plaintiff,<br><br>vs.<br><br>STINKER STORES, INC., an Idaho corporation,<br><br>    Defendant. | Case No. 1:22-cv-00082-BLW<br><br>OFFER OF JUDGMENT |

Defendant Stinker Stores, Inc. ("Stinker Stores"), by and through its counsel of record, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment be taken against it in this action on all claims that were or might have been asserted in this action by Plaintiff Sandra Bolinske ("Bolinske") against Stinker Stores in the amount of $20,000, which amount includes all claims recoverable, including all applicable attorneys' fees and costs, if any, that Bolinske has accrued up to the date of this offer.

This offer is not to be deemed either an admission of wrongdoing by Stinker Stores, or a concession that Bolinske has suffered any damage. Pursuant to Rule 68, this offer will expire fourteen (14) days from the date of service hereof. This Offer of Judgment shall not be filed in the Court unless it is accepted or in a proceeding to determine costs.

Dated: July 18, 2022

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _/s/ D. John Ashby_
    D. John Ashby, ISB No. 7228
    Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2022, I caused to be served a true copy of the foregoing OFFER OF JUDGMENT by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Pamela S. Howland<br>Benjamin T. Cramer<br>Savannah G. Ward<br>IDAHO EMPLOYMENT LAWYERS, PLLC<br>1112 W. Main Street, Suite 105<br>Boise, ID 83702 | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail:<br>phowland@idemploymentlawyers.com<br>bcramer@idemploymentlawyers.com<br>sward@idemploymentlawyers.com<br>☐ Facsimile: 208.534.7445<br>☒ iCourt |

        */s/ D. John Ashby*
        D. John Ashby