UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| SANDRA BOLINSKE,<br><br>Plaintiff,<br><br>vs.<br><br>STINKER STORES, INC.,<br><br>Defendant. | Case No.: 1:22-cv-00082-REP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the parties' Stipulation of Dismissal (Dkt. 51), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, with prejudice, the same having been fully compromised and settled, each party to bear their own attorneys' fees and costs. The Clerk's Office is directed to close the case.

DATED: July 18, 2024

Raymond E. Patricco
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**